## HICKS v. STATE.
### No. 24553.

Court of Criminal Appeals of Texas.
Nov. 23, 1949.

No appearance for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was found guilty of murder with malice and his punishment assessed at confinement in the penitentiary for a term of thirty years.

The record, as brought forward, contains no statement of facts and no bills of exception. The proceedings appear regular in every respect. Nothing is presented for review by this Court.

The judgment of the trial court is affirmed.